NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5094,

FRANK E. FISHER,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims
in 00-CV-740, Senior Judge Eric G. Bruggink.

ON MOTION

Before NEWMAN, Circuit Judge.

ORDER

Upon consideration of Frank E. Fisher's motion for an extension of time until May 22, 2009 to file his corrected brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY 2 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Edward A. Zimmerman, Esq.
      Douglas K. Mickle, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 9 2009

JAN HORBALY
CLERK